No. 13, Misc. AMERICAN AIRLINES, INC. ET AL. v. SLICK AIRWAYS, INC. Motion for leave to file petition for writ of certiorari to the United States District Court for

the District of New Jersey denied. *Samuel E. Gates* and *John W. Griggs* for American Airlines, Inc., *Josiah Stryker* for United Air Lines, Inc., *Gerald B. Brophy, Horace G. Hitchcock* and *George Gildea* for Transcontinental & Western Air, Inc., and *Waldron M. Ward* for Air Cargo, Inc., petitioners. *Stephen Ailes, William E. Miller, Paul A. Porter* and *Walton Hamilton* for respondent. ■